UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KELLEY M. BROOKS,**

    **Plaintiff,**

v.        Case No:  6:15-cv-1653-Orl-41TBS

**MEDIA COLLECTIONS, INC.,**

    **Defendant.**

**ORDER**

THIS CAUSE is before the Court on the Stipulation of Dismissal (Doc. 24). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 9, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record